No. 79–5644. JANKOWSKI v. UNITED STATES. C. A. 3d Cir. Certiorari denied. ▮

No. 78–6687. RUFFIN v. GEORGIA. Sup. Ct. Ga. Certiorari denied. ▮

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 79–461. WATERBURY URBAN RENEWAL AGENCY v. WATERBURY ACTION TO CONSERVE OUR HERITAGE, INC., ET AL. C. A. 2d Cir. Motion of Connecticut Community Development Association for leave to file a brief as *amicus curiae* granted. Certiorari denied. ▮

No. 79–475. JICARILLA APACHE TRIBE v. UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE BLACKMUN would grant certiorari. ▮

No. 79–478. ALMA SOCIETY, INC., ET AL. v. MELLON ET AL. C. A. 2d Cir. Motion of counsel for respondent natural parents who have surrendered their children for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮

No. 79–632. SMITH, CORRECTIONAL SUPERINTENDENT v. GRAHAM. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮

No. 79–640. GOLDBERG, TRUSTEE, ET AL. v. KIRSHNER. C. A. 2d Cir. Motion of Merrill Lynch, Pierce, Fenner & Smith, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied. ▮